# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANN NUCCIO | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 4:18-CV-00133-RSB-CLR |
| NATIONAL RAILROAD PASSENGER | ) |
| CORPORATION, d/b/a AMTRAK, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Motion to Stay Proceedings Pending Determination of Plaintiff's Need for a Conservator. Doc. 27. Having reviewed the motion and finding that good cause exists for granting the same, the Court hereby **GRANTS** that motion. *Id*. All proceedings in this case are **STAYED** pending determination of Plaintiff's need for a conservator. Sixty (60) days from the date of this order, and every sixty days thereafter, the parties are directed to submit a joint status report which will update the court concerning the progress of the probate court action in Illinois. Within ten (10) days of a decision by the Illinois probate court, the parties shall file a joint status report advising the Court of the outcome of the proceedings in Illinois.

**SO ORDERED** this 28th day of January, 2020.

_/s/ Christopher L. Ray_
**CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**