IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANN NUCCIO, | |
|     Plaintiff, | CIVIL ACTION NO.: 4:18-cv-133 |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, | |
|     Defendant. | |

**O R D E R**

Before the Court is the Joint Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendant on November 25, 2020, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees and costs associated with the action. (Doc. 50.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 30th day of November, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA